UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61646 RAR/Seltzer

PATRICIA KENNEDY, Individually,
    Plaintiff

v.

BLUE MARLIN MOTEL, INC., a Florida
Corporation,
    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have reached an amicable resolution in the above matter in principle. The Parties will file papers necessary to dismiss this action with prejudice once the Parties finalize the settlement documents, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines, with the expectation that a Notice of Dismissal with Prejudice as to all claims and all parties will be filed within 30 days.

Dated this 23rd day of October, 2019.

    Respectfully Submitted,

    Attorneys for Plaintiff

    Kathy L. Houston, Esq., Of Counsel
    THOMAS B. BACON, P.A.
    15321 S. Dixie Highway, Suite 205
    Miami, FL 33157
    Tel: (305) 420-6609
    Fax: (786) 441-4416
    Email: courtdocs@houstonlawfl.com

    By: /s/ *Kathy L Houston*
    Kathy L. Houston, Esq.
    Florida Bar No: 56042

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

    I hereby certify that the foregoing document is being served this 23rd day of October, 2019, on all counsel of record via the Court's CM/ECF system.

                                         /s/   *Kathy L. Houston*            .
                                         Kathy L. Houston, Esq.