**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-61646-RAR**

**PATRICIA KENNEDY**,

      Plaintiff,

v.

**BLUE MARLIN MOTEL, INC.**,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties have advised that they have amicably settled this matter [ECF No. 22]. Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal with the Court within **thirty (30) days** of the date of this Order.

      2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

      3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending motions are **DENIED as moot**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, 24th day of October, 2019.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**