UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61646 RAR/Seltzer

PATRICIA KENNEDY, Individually
    Plaintiff

v.

BLUE MARLIN MOTEL, INC.,
a Florida corporation,

    Defendant
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Patricia Kennedy, and Defendant, Blue Marlin Motel, Inc. (Plaintiff and Defendant are collectively "the Parties"), by and through their undersigned respective attorneys hereby stipulate to the dismissal of this action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise agreed.

Dated this 4th day of November, 2019.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| Kathy L. Houston, Esq., Of Counsel | Brian C. Blair, Esq. |
| THOMAS B. BACON, P.A. | BAKER & HOSTETLER LLP |
| 15321 S. Dixie Highway, Suite 205 | 200 S. Orange Ave., Suite 2300 |
| Miami, FL 33157 | Orlando, FL 32801 |
| Tel: (305) 420-6609 – Fax 786-441-4416 | Tel: (407) 649-4000 – Fax (407) 649-0168 |
| Email: KHouston@houstonlawfl.com | Email: bblair@bakerlaw.com; emachin@bakerlaw.com; orlbakerdocket@bakerlaw.com |
| /s/ *Kathy L. Houston* | /s/ *Brian C. Blair* |
| Kathy L. Houston, Esq. FB#: 56042 | Brian C. Blair, Esq. FB#: 0973084 |